**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Ex Parte William Solomon Lewis

Appellate case numbers:  01-14-00367-CV

Trial court case numbers: 75448-CV

Trial court:                    412th Judicial District Court of Brazoria County

     It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Michael Massengale
                   Acting for the Court

Panel consists of Justices Massengale, Brown, and Huddle


Date:  September 24, 2014